United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EDGAR RENE MUCU MAAZ,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 5:26-cv-08452-BLF<br><br>**ORDER REGARDING BRIEFING FOR HABEAS PETITION** |

On August 20, 2026, the Court issued an order granting a preliminary injunction in this case. ECF No. 13. The Parties SHALL meet and confer regarding a briefing schedule for the return and traverse on the habeas petition and file a stipulated briefing schedule by September 4, 2026. The Parties SHALL also advise whether they wish a hearing on the matter or agree to submit it without argument.

**IT IS SO ORDERED.**

Dated: August 20, 2026

BETH LABSON FREEMAN
United States District Judge